■ In the Matter of ROBERT E. SCHULMAN, as Trustee of LORRAINE TADDEO and Another, Under Trusts Created by ANTHONY F. TADDEO, Deceased. (Proceeding No. 1.) ANTHONY R. TADDEO, JR., et al., Appellants, v ROBERT SCHULMAN, as Executor and Trustee of ANTHONY F. TADDEO, Deceased, et al., Respondents. (Proceeding No. 2.) (Appeal No. 1)—Order unanimously affirmed without costs for reasons stated at Monroe County Surrogate's Court, Ciaccio, S. (Appeal from order of Monroe County Surrogate's Court, Ciaccio, S.—renewal/reargument.) Present—Dillon, P. J., Doerr, Boomer, Green and Davis, JJ.

■ COUNTY OF CATTARAUGUS, Respondent, v ESTATE OF PEARY NILES, Appellant.—Judgment unanimously affirmed without costs for reasons stated in memorandum decision at Cattaraugus County Court, Kelly, J. (Appeal from judgment of Cattaraugus County Court, Kelly, J.—tax foreclosure.) Present —Dillon, P. J., Doerr, Boomer, Green and Davis, JJ.